UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    No. 1:09CR82-01

       v.                        Hon. ROBERT HOLMES BELL

NICHOLAS ARTHUR WOODHAMS,

       Defendant,

       and

STATE OF MICHIGAN
Department of Treasury
    Income Tax Refund,

       Garnishee.
_____/

## APPLICATION FOR WRIT OF CONTINUING GARNISHMENT

The United States of America, plaintiff, makes application in accordance with 28 U.S.C. § 3205(b)(1) to the Clerk of the United States District Court to issue a Writ of Continuing Garnishment upon the judgment entered against the Defendant Nicholas Arthur Woodhams, whose last known address was in Kalamazoo, Michigan 49006-5539, in the above cited action in the amount of $656,834.85, post judgment interest at the rate of 0.45% and penalties and delinquency pursuant to 18 U.S.C. § 3612(g). The sum of $18,324.83 has been credited to the judgment debt, leaving a total balance due of $641,877.56, as of October 29, 2010 .

Demand for payment of the above-stated debt was made on January 8, 2010. Not less than 30 days has elapsed since demand for payment was made and the judgment debtor has failed to satisfy the debt.

The Garnishee is believed to owe or will owe money or property to the judgment debtor, or is in possession of property of the debtor, and said property is a nonexempt interest of the debtor.

The name and address of the Garnishee or his authorized agent is:

>   Michigan Department of Treasury
>   Third Party Withholding Unit
>   P.O. Box 30785
>   Lansing, MI 48909

>   DONALD A. DAVIS
>   UNITED STATES ATTORNEY

Date:   11/19/10

>   /s/ W. Francesca Ferguson
>   W. FRANCESCA FERGUSON
>   Assistant United States Attorney
>   P. O. Box 208
>   Grand Rapids, MI 49501-0208
>   (616) 456-2404
>   Francesca.Ferguson@usdoj.gov